# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES ALLEN KINNEY,

        Petitioner,

v.

JAMES KEY,

        Respondent.

Case No. C17-1040-RAJ

ORDER REFERRING CASE TO NINTH CIRCUIT COURT OF APPEALS

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections thereto, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's federal habeas petition is REFERRED to the Ninth Circuit Court of Appeals as a second or successive petition. Petitioner is advised that this referral does not of itself constitute compliance with 28 U.S.C. § 2244(b)(3) and Ninth Circuit Rule 22-3. Petitioner must still file a motion for leave to proceed in the Court of Appeals and make the showing required by § 2244(b)(2).

ORDER REFERRING CASE TO NINTH
CIRCUIT COURT OF APPEALS - 1

(3) Petitioner's pending motions (Dkts. 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22, 23 and 26) are STRICKEN as moot.

(4) The Clerk is directed to administratively close this case and to transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the petition and of this Order in the file. The Clerk is further directed to send a copy of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 8th day of November, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER REFERRING CASE TO NINTH
CIRCUIT COURT OF APPEALS - 2